UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| KARL SCHMID AND LISA SCHMID | CIVIL ACTION |
| VERSUS | NO. 14-2094 |
| NATIONAL UNION INSURANCE CO. ET AL. | SECTION "L" (3) |

## ORDER

Before the Court is Plaintiffs' Motion to Strike the Defendant's Request for a Jury Trial in the above-captioned case. (Rec. Doc. 17). Title 28 U.S.C. §1364 provides for direct actions against insurers of members of diplomatic missions and their families. Sub Section (b) states that such actions "shall be tried without a jury." In this case, Karl and Lisa Schmid have instituted a direct action against National Union as the insurer of the Consulate General of Mexico pursuant to the Diplomatic Relations Act. National Union has indicated to the Court that it does not oppose this motion. Accordingly, **IT IS ORDERED** that the Motion is **GRANTED** and the Court will strike the Defendant's request for a jury trial in this matter.

New Orleans, Louisiana, this 24th day of June, 2015.

_____
UNITED STATES DISTRICT JUDGE